PROB 12B
(7/93)

Report Date: October 15, 2007

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 2 2 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Kirkwood Weaver           Case Number: 2:04CR06022-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 6/1/2005                Type of Supervision: Supervised Release

Original Offense: Possession of an Unregistered    Date Supervision Commenced: 10/12/2007
Firearm, 26 U.S.C. § 5861(d)

Original Sentence: Prison - 36 Months; TSR - 36    Date Supervision Expires: 10/11/2010
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

15    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
      directed by the supervising probation officer, but no more than six tests per month, in order to confirm
      continued abstinence from these substances.

### CAUSE

Pursuant to the Ninth Circuit case of U.S. v Stephens, the above modification with the offenders consent is being submitted for Your Honors review.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/15/07

Richard B. Law
U.S. Probation Officer

Prob 12B
**Re: Weaver, Robert Kirkwood**
**October 15, 2007**
**Page 2**

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

__10/22/07__
Date